of Arkansas. October 1, 1923. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. E. B. Kinsworthy* and *Mr. Robert E. Wiley* for plaintiff in error. No appearance for defendant in error.

No. 302. MISSOURI PACIFIC RAILROAD COMPANY *v.* DOROTHY PUGH. Error to the Supreme Court of the State of Arkansas. October 1, 1923. Petition for a writ of certiorari herein dismissed, on motion of counsel for plaintiff in error and petitioner. *Mr. E. B. Kinsworthy* and *Mr. Robert E. Wiley* for plaintiff in error and petitioner. No appearance for defendant in error and respondent.

No. 406 AMERICAN RAILWAY EXPRESS COMPANY *v.* SANTA ANNA GAS COMPANY. On petition for a writ of certiorari to the Court of Civil Appeals for the Third Supreme Judicial District of the State of Texas. October 1, 1923. Petition dismissed, on motion of counsel for petitioner. *Mr. Frank L. Snodgrass* and *Mr. Prescott Gatley* for petitioner. No appearance for respondent.

No. 191. JOHN A. GROGAN, COLLECTOR OF INTERNAL REVENUE, ETC. *v.* BRYANT WALKER, EXECUTOR, ETC. Error to the District Court of the United States for the Eastern District of Michigan. October 5, 1923. Dismissed with costs, on motion of *Mr. Solicitor General Beck* for plaintiff in error. *Mr. H. E. Spalding* for defendant in error.

No. 430. JOHN A. DAVIS ET AL. *v.* G. G. WARDE ET AL. Error to the Supreme Court of the State of Georgia. October 5, 1923. Dismissed with costs, per stipulation. *Mr. John D. Little, Mr. Arthur G. Powell, Mr. Marion*